DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SANTOS McGILL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-1305

[August 10, 2017]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Charles E. Burton, Judge; L.T. Case No. 2000CF011129A.

Santos McGill, Punta Gorda, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, LEVINE and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***